**United States Bankruptcy Court**
**Eastern District of Michigan**

| In re | **WILBUR RICE** | | Case No. | 14-53510 |
| --- | --- | --- | --- | --- |
| | | Debtor(s) | Chapter | 7 |

## AFFIDAVIT OF INCOME FOR WILBUR RICE

**NOW COMES** the above named Debtor, WILBUR RICE, states as follows:

1. I, WILBUR RICE, testify and affirm that I did not earn enough income in 2012 AND 2013 to file federal and state income tax returns.

_/s/ Wilbur Rice_
WILBUR RICE

> Notary Public - Macomb County, MI
> K. CADY
> Acting In The County Of MACOMB
> My Commission Expires: April 24, 2016

Subscribed and sworn to before me
This 3rd day of Oct., 2014

_K. Cady_
K. Cady, Notary Public
_____ County, Michigan
My commission expires: _____

